UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY CASTILLO,

                Plaintiff,

        -against-

ANTHONY RUSSO,

                Defendant.

20-CV-6106 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      By order dated August 21, 2020, the Court directed Plaintiff, within thirty days, to submit a prisoner authorization and an amended *in forma pauperis* ("IFP") application or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fee or filed a prisoner authorization to authorize installment payments for this action from his prison account.[1] Accordingly, the complaint is dismissed without prejudice for failure to comply with the Court's order. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:   October 1, 2020
             New York, New York

                                          COLLEEN McMAHON
                                      Chief United States District Judge

---

[1] Plaintiff requested an extension of time, and on September 30, 2020, he filed an amended IFP application but did not include a prisoner authorization. (ECF 5.)